FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 DEC 13 PM 1:22

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-418-VMC-SPF

KRANSTON ALGENO ROLLE  18 U.S.C. § 922(g)(1)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a firearm by a convicted felon)**

On or about December 30, 2021, in the Middle District of Florida, the defendant,

KRANSTON ALGENO ROLLE,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Robbery, committed on or about September 8, 2007, sentenced on or about February 5, 2016;

2. Robbery, committed on or about November 11, 2007, sentenced on or about February 5, 2016;

3. Grand theft of a motor vehicle, committed on or about November 12, 2007, sentenced on or about February 5, 2016;

4. Fleeing and eluding a police officer, committed on or about November 15, 2007, sentenced on or about February 5, 2016;

5. Felony Battery, committed on or about May 21, 2007, sentenced on or about May 21, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson 9mm caliber pistol and a GForce Arms GF2P shotgun. It is further alleged that the defendant, prior to committing the present offense, had at least three previous convictions for offenses committed on occasions different from one another, pursuant to 18 U.S.C. § 924(e)(1).

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURES

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a) a Smith & Wesson 9mm caliber pistol, and a GForce Arms GF2P shotgun;

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C.§ 853(p), directly and as incorporated by 28 U.S.C.§ 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG  
United States Attorney

By: _____  
David W.A. Chee  
Assistant United States Attorney

By: _____  
James C. Preston, Jr.  
Assistant United States Attorney  
Chief, Violent Crimes and Narcotics Section

3

FORM OBD-34
December 22

No. 2022R02202

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KRANSTON ALGENO ROLLE

### INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

███████████████████████████

Foreperson

Filed in open court this 13th day of December 2022.

_____
Clerk

Bail $_____

GPO 863 525