# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 8:22-cr-00418-VMC-SPF**

**KRANSTON ROLLE**

_____/

## SENTENCING MEMORANDUM IN SUPPORT OF A VARIANCE

COMES NOW, the Defendant, KRANSTON ROLLE, by and through

undersigned counsel, Nicole Valdes Hardin, and pursuant to 18 U.S.C.

§3553(a), and hereby files this Sentencing Memorandum in support of

the imposition of a sentence which is significant yet below the advisory

guideline imprisonment range, such a sentence being sufficient but not

greater than necessary to achieve the purposes of sentencing as

enumerated in 18 U.S.C. §3553(a)(2). As grounds in support thereof,

Mr. Rolle shows as follows:

1

## FACTUAL AND PROCEDURAL HISTORY

Mr. Rolle grew up poor and had a troubled history in his youth. His father lived overseas, leaving him with a single mother was in and out of his life. He recalls mainly being raised by his grandmother in a rough neighborhood in Miami. When he was 18 years old, he was convicted of a serious offense, and by the time he was 24 years old he was sent back to prison for a very long sentence on that original charge. He was finally released in 2021. He knew that leaving Miami would be the best thing for him, so he moved to Bradenton, where his brother lived.

Since being released, Mr. Rolle made several changes in his life. He worked, starting at a landfill, and then moving on to a better job. He met and fell in love with his wife. He reintroduced himself to his son. He reconnected with his family. And one day when his brother asked him to go to the gun range, he said sure. He went to the range, signed what they gave him and fired guns at the targets. He took photos and made videos while there. He knew he was a felon but thought they would tell him if he could not go. When they did not, he decided to go in with his brother. That

conduct at the range forms the basis for this case.

Mr. Rolle is committed to building a better life for himself and better relationships with his family. He understands that what he did was wrong, and that he will be punished. He wants to complete his sentence and return to his family as soon as possible. As shown in the letters of support, he would return to a loving and supportive environment.  He is hopeful he can put this case behind him and move forward. The letters tell the court who he is outside of this case. A loving son. A supportive sibling. A loyal and caring husband to his wife.  Exhibit 1.

**Preventing disparity**

Since 2015, the United State Sentencing Commission has collected and made available sentencing outcomes in an online database. The database allows the parties to adhere to an often-under considered Booker factor: preventing disparity. The database allows searches across the country for cases under the same guideline and crime, with the same criminal history category. Here, the comparison shows that the majority of sentences fall in

the 24-59 month range. Mr. Rolle's low-end guideline is 57 months.



**Distribution of Sentence Length**
Fiscal Year 2022

120 Months or More 3.8%
60 to 119 Months 23.3%
Up to 24 Months 23.5%
24 to 59 Months 49.5%

The figure includes the 1,733 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.
**FILTER:**
Fiscal Year: 2022; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2K2.1; Drug Type: All; Sentencing Zone: All; Criminal History: IV; Career Offender Status: Exclude Career Offenders

Even when considering a span of eight years of sentencing, of more than 10,000 cases, the number of courts that sentenced above the guideline rage has never reached 5%, while the number of cases of below guideline sentences without government agreement reached up to 26% of cases (when

adding in government agreement or cooperation the number is 39% of cases). Most of the cases are within the guideline range. Exh 2.

The statistics even allow insight into what kind of a guideline range is given in this type of case with this criminal history.



**Position of Within Guideline Range Sentences**
Fiscal Year 2015,2016,2017,2018,2019,2020,2021,2022

Guideline Maximum 16.7%
Upper Half of Range 8.5%
Guideline Minimum 47.2%
Midpoint of Range 13.9%
Lower Half of Range 13.7%

The statistics show that for guideline cases, the vast majority are at the low end. And when considering a middle of the guideline sentence to low end, 74.8% of courts that gave a guideline sentence gave a sentence in that range. In considering the directive in 18 USC 23552(a)(6), (the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct) it is clear that over 95% of courts are giving a below or at guideline sentence. Undersigned urges this Court to do the same.

**Conclusion**

Mr. Rolle understands that his actions have consequences. The consequences of this decision will follow him for the rest of his life. He misses his family and his wife. Additionally, he enjoys his family's complete support. They are saddened by the case but remain supportive. He has worked full time, receiving a better job, and has plans for his future.



For the reasons stated herein, Mr. Rolle, respectfully urges this Court to

consider a below guideline sentence. A downward variance in sentence will

be reasonable in light of the conduct here and his history and

characteristics, as well as will preventing disparity.

7

DATED this 31st day of August, 2023.

Respectfully submitted,

A. FITZGERAL HALL, ESQ.
FEDERAL DEFENDER

/s *Nicole V. Hardin*
Nicole V. Hardin, Esq.
FL. Bar No. 26194
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile:  (813) 228-2562
Email:  Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2023, a true copy
of the foregoing was filed with the Clerk of the Court using the CM/ECF
system, which will send a notice of the electronic filing to:

David Chee, AUSA

8